In the Matter of the Application of THE PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK, Respondent, Relative to Acquiring Title to Premises on Mott Avenue and Exterior Street in the Borough of The Bronx.

BRADLEY L. EATON et al., Appellants.

*Matter of Public Service Comm. (Mott Ave.),* 184 App. Div. 892, affirmed.

(Argued May 29, 1918; decided June 14, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1918, which unanimously affirmed an order of Special Term confirming the report of commissioners of appraisal appointed in proceedings to acquire a permanent and exclusive underground right, easement, and right of way; a temporary right and easement, and a temporary and exclusive right and easement in and to portions of certain premises situated on the westerly side of Mott avenue and the easterly side of Exterior street, south of East One Hundred and Thirty-eighth street in the borough of The Bronx, city of New York, required for the purpose of the construction, maintenance and operation in perpetuity of a rapid transit railroad, known as the

Seventh Avenue-Lexington Avenue Line. The appellants contended that the award was inadequate.

*James R. Deering* and *James J. Dunn* for appellants.

*William P. Burr*, Corporation Counsel (*Charles J. Nehrbas, Terence Farley* and *Henry W. Mayo* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J.